## TRUSTEE OF LOAN OFFICE v. CALDWELL et al.

Court of Common Pleas. Kent. December, 1795.

*Bayard's Notebook, 130.*

After the plaintiff had gone through his evidence the defendant moved for a nonsuit. The plaintiff's counsel, discovering that there was no replication and the cause therefore not at issue, moved to discharge the jury, which was done upon citing Str. 1117 and the *State v. Ferris* in New Castle Supreme Court where the same thing had been done.

*Ridgely* for plaintiff. *Miller* and *Bayard* for defendant.